IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )    2:10-cv-03267-GEB-EFB
            Plaintiff,         )
                               )
      v.                       )    ORDER RE: SETTLEMENT AND
                               )    DISPOSITION
4600 Marconi LLC, a California )
limited liability company,     )
                               )
            Defendant.         )
_____
```

Plaintiff filed a "Notice of Settlement" on March 13, 2011, in which he states: "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 6.)

Therefore, a dispositional document shall be filed no later than April 12, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for April 11, 2011, is continued to commence at 9:00 a.m. on May 9, 2011, in the event no dispositional document is filed, or if this action is not otherwise

1

1 dismissed.[1] A joint status report shall be filed fourteen (14) days
2 prior to the status conference.
3     IT IS SO ORDERED.
4 Dated: March 14, 2011

                      GARLAND E. BURRELL, JR.
                      United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).